# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRISA ELIZABETH CHACON-SOLIS,<br>　　　　　　　Plaintiff,<br>vs.<br>STATE FARM FIRE & CASUALTY CO.<br>　　　　　　　Defendant. | Case No. 2:15-cv-00627-RFB-CWH<br>**ORDER** |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Consequently, the recently filed notice regarding discovery (doc. # 13) shall be stricken by the Clerk of Court. Further failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, <u>inter alia</u>, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's notice regarding discovery (doc. # 13) from the record.

DATED: May 8, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**