ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
Email: Gregory.Bean@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BRISA ELIZABETH CHACON-SOLIS,<br><br>         Plaintiffs,<br><br>         vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY; ROE INSURANCE COMPANY, DOES I through X, and ROE CORPORATIONS I through X,<br><br>         Defendants. | CASE NO.:   2:15-cv-00627-RFB-CWH<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES<br><br>(FIRST REQUEST) |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days, up to and including December 3, 2015.  In addition, the parties request that the all other deadlines contemplated by the Discovery Plan and Scheduling Order be extended for an additional sixty (60) days as outlined herein.  In support of this Stipulation and Request, the parties state as follows:

1. On April 6, 2015, Defendant removed the instant action to Federal Court.
2. On April 13, 2015, Defendant filed its Answer to Complaint.
4. On May 8, 2015, the parties conducted an initial 26(f) conference.
5. On May 13, 2015, the parties prepared and submitted a Stipulated Discovery Plan and Scheduling Order (the "Order") for the Court's approval.

4849-2351-6965.1

7. On May 13, 2015, Defendant propounded written discovery upon Plaintiff.

6. On May 14, 2015, the Court entered the Stipulated Order.

8. On May 27, 2015, Plaintiff propounded written discovery upon Defendant.

8. On June 2, 2015, Plaintiff filed her First Amended Complaint.

9. On June 5, 2015, Defendant filed its Answer to First Amended Complaint.

10. On June 15, 2015, Plaintiff served responses to Defendant's discovery requests.

11. On June 18, 2015, Defendant served subpoenas on Plaintiff's medical care providers, both post- and pre-loss.

12. On June 30, 2015, Plaintiff requested to take the deposition of Defendant's FRCP 30(b)(6) witness on various topics.

DISCOVERY REMAINING

1. Defendant will respond to written discovery.

2. Defendant will take the deposition of Plaintiff.

3. Plaintiff will take the deposition of Defendant's representatives.

4. The parties will continue to collect Plaintiff's medical and billing records.

5. The parties will disclose expert witnesses.

5. The parties will take the depositions of the designated expert witnesses.

6. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are currently in settlement discussions.  A short delay in the discovery deadlines will allow the parties to more fully evaluate the documents and discovery responses submitted thus far in the case to determine if settlement is possible prior to expending great cost on expert witnesses.

4849-2351-6965.1               2

Plaintiff noticed the deposition of Defendant's employee(s), which will produce information that will assist expert witnesses in preparing their reports. Certain of the parties' expert witnesses have limited availability prior to the current deadline to disclose experts, so much that it is not possible for them to timely complete and submit reports pursuant to the Federal Rules. As the pending discovery and collection of records will assist experts for both parties in making their decisions, a short extension of time is appropriate to allow for a more complete expert witness disclosure.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | October 4, 2015 | December 3, 2015 |
| Deadline to Amend Pleadings or Add Parties | July 6, 2015 | No change |
| Interim Status Report | August 5, 2015 | October 2, 2015, or 62 days before the close of discovery (the 60th day falling on a Sunday) |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | August 5, 2015 | October 2, 2015, or 62 days before the close of discovery (the 60th day falling on a Sunday) |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | September 4, 2015 | November 2, 2015, or 31 days after initial expert disclosures (the 30th day falling on a Sunday) |
| Dispositive Motions | November 3, 2015 | January 4, 2016, or 32 days after the close of discovery (the 30th day falling on a Saturday) |
| Joint Pretrial Order | December 3, 2015 | February 3, 2016, or 30 days after the decision of last Dispositive Motions |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the First request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of October 4, 2015, up to and including December 3, 2015, and the other discovery dates as outlined in accordance with the table above.

| DATED this 6th day of July, 2015. | DATED this 6th day of July, 2015. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | G. DALLAS HORTON & ASSOCIATES |
| /s/ Gregory Bean | /s/ David Thomas |
| ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 03062<br>GREGORY S. BEAN, ESQ.<br>Nevada Bar No. 12694<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* | G. DALLAS HORTON, ESQ.<br>Nevada Bar No. 05996<br>DAVID L. THOMAS, ESQ.<br>Nevada Bar No. 03172<br>4435 South Eastern Avenue<br>Las Vegas, Nevada 89119<br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED:

DATED: July 7, 2015

_____
United States Magistrate Judge

4849-2351-6965.1

4