ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
Email: Gregory.Bean@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BRISA ELIZABETH CHACON-SOLIS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY; ROE INSURANCE COMPANY, DOES I through X, and ROE CORPORATIONS I through X,<br><br>          Defendants. | CASE NO.:  2:15-cv-00627-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and among Plaintiff BRISA ELIZABETH CHACON-SOLIS and Defendant STATE FARM FIRE AND CASUALTY COMPANY, by and through their respective counsel of record, that all of the claims and causes of action against Defendant STATE FARM FIRE AND CASUALTY COMPANY in the above-entitled action, shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

///

///

///

///

4813-5543-3516.1

IT IS FURTHER STIPULATED AND AGREED that the parties may obtain, if applicable, the return of their jury demand fees previously submitted to the Court.

DATED this 5 day of ~~December~~ Jan, 2015.         DATED this 14 day of ~~December~~ January, 2015.

LEWIS BRISBOIS BISGAARD & SMITH         G. DALLAS HORTON & ASSOCIATES

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

G. DALLAS HORTON, ESQ.
Nevada Bar No. 05996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 03172
4435 South Eastern Avenue
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED:

Dated this 17th day of January, 2016.

RICHARD F. BOULWARE, II
United States District Judge